Case 1:21-cv-02076-JPH-DLP  18C03-2107-CT-000074/21/21  Page 1 of 42 PageID #: 5 Filed: 5/1/2021 4:22 PM
Clerk
Delaware County, Indiana

Delaware Circuit Court 3

STATE OF INDIANA ) DELAWARE COUNTY CIRCUIT COURT
)ss.
COUNTY OF DELAWARE ) CAUSE NUMBER:


RUBY GOODMAN )
)
)
Plaintiff, )
)
v. )
)
JACOB MASSOTH, in his individual )
and official capacity as an Officer of )
the Muncie Police Department, )
the MUNCIE POLICE DEPARTMENT, )
and the CITY OF MUNCIE )
)
Defendants. )

## COMPLAINT FOR DAMAGES
## AND REQUEST FOR JURY TRIAL

Plaintiff, Ruby Goodman, by her attorney and for her cause of action against Defendants,

Jacob Massoth, in his individual and official capacity as an Officer of the Muncie Police

Department, the Muncie Police Department, and the City of Muncie alleges and states as

follows:

### I.        PARTIES

1.        Plaintiff, Ruby Goodman is a United States Citizen and at all relevant times has

been a resident of Muncie, Delaware County.

2.        Defendant, Jacob Massoth, unless indicated otherwise, was at all times described

an employee of the Muncie Police Department, employed as a sworn officer acting in the course

and scope of his employment.  Defendant, Massoth, is sued both in his personal and official

capacities.

3.        Defendant, Muncie Police Department, is a department of the City of Muncie.

EXHIBIT
A

4.      Defendant, City of Muncie is a local governmental subdivision in Indiana created and existing by virtue of the laws of Indiana. The Muncie Police Department is a department of the City of Muncie.

## II.     FACTUAL ALLEGATIONS

5.      On or about July 1, 2019, Ruby Goodman was at her home located at 700 W. Memorial Drive in Muncie, Indiana.

6.      Ms. Goodman is a 67-year-old woman who is approximately five foot and three inches tall and weighs less than 150 lbs.

7.      The Muncie Police Department and Delaware County EMS were notified that Ms. Goodman's son, Louis Goodman Jr., was on the floor in the bathroom of the home and was unconscious.

8.      It was alleged that Louis Goodman Jr. had overdosed on heroin.

9.      Defendant, Massoth was the responding officer and administered CPR and Narcan to Louis Goodman Jr.

10.     Louis Goodman Jr. was transported to IU-Ball Memorial Hospital and Ms. Goodman followed the ambulance to the hospital.

11.     At the hospital Ms. Goodman was questioned and verbally harassed by Defendant, Massoth and he called Ms. Goodman many derogatory names.

12.     Defendant, Massoth informed Ms. Goodman that she under arrest for allowing her son to use drugs in her home and Ms. Goodman was handcuffed with her hands behind her back.

13.     At all times Ms. Goodman obeyed the commands of Defendant, Massoth.

14.     After placing her under arrest Defendant, Massoth then transported Ms. Goodman from the hospital to the Delaware County Jail.

15.     While escorting Ms. Goodman into the jail, and without provocation, Defendant, Massoth threw Ms. Goodman into the brick wall outside of the Delaware County Jail.

16.     Ms. Goodman had no way to catch herself and her face slammed into the brick wall of the Delaware County Jail.

17.     Ms. Goodman sustained multiple fractures of her face and required extensive surgery and hospitalization.

18.     The foregoing acts by Defendant, Massoth was an egregious use of excessive and deadly force.

19.     At no point in time on July 1, 2019 did Ms. Goodman pose a threat to Defendant, Massoth or other members of the public.

20.     In accordance with Indiana statute, Defendants were timely served with a Notice of Tort Claim as to all state law claims on December 23, 2019.

21.     Pursuant to Indiana statute, the Plaintiff's claims have been constructively denied as Defendants have had more than 90 days to investigate the claim, but have failed to respond.


### III.     CLAIMS FOR RELIEF

#### First Claim for Relief – Excessive Force Pursuant

22.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 19 as fully set forth here.

23.     The misconduct of Defendant, Massoth as alleged herein violated Ms. Goodman's right to be free from unreasonable and excessive use of force as guaranteed by the Indiana

Constitution and by the 4th Amendment, 8th Amendment and the 14th Amendment of the United States Constitution.

24.     The misconduct of Defendant, Massoth as alleged herein proximately caused Ms. Goodman to suffer injury including bodily injury, pain and suffering, shock, emotional distress, humiliation and permanent injury and lost wages.

## Second Claim for Relief – Negligent Hiring, Supervision and Retention Against the City of Muncie

25.     Plaintiff alleges and incorporates by reference Paragraph 1 through 22 as if fully set forth herein.

26.     Defendants, Muncie Police Department and City of Muncie negligently hired, supervised and/or retained Defendant, Massoth, when it knew or should have known that he had a propensity towards violence and towards overreaction in situations such as that presented to them on July 1, 2019, or was otherwise unfit for service as a police officer.

27.     The negligent hiring, supervision and retention by Defendants, Muncie Police Department and City of Muncie of Defendant, Massoth was the proximate cause of the use of excessive force against Ms. Goodman.

28.     As a direct and proximate result of Defendants, Muncie Police Department and City of Muncie's negligent hiring, supervision and retention of Defendant, Massoth, Ms. Goodman has suffered damages.

## IV.     REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

1.     Compensatory damages against each Defendant jointly and severally in an amount to be proven at trial;

2.      Punitive and exemplary damage against Defendant, Massoth, as allowed by law in an amount appropriate to punish Defendant, Massoth and deter others from engaging in similar conduct; costs of suit;

3.      Reasonable attorney's fees authorized by statute or law;

4.      Pre and post judgment interest as permitted by law; and

5.      Trial by jury.


Respectfully submitted,


By: */s/ M. Edward Krause, III*
M. Edward Krause III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing Boulevard, Suite 800
Indianapolis, Indiana  46240
Telephone:     (317) 573-8888
Facsimile:      (317) 574-3855
ekrause@cgglawfirm.com
*Attorneys for Plaintiff*

Case 1:21-cv-02076-JPH-DLP Document 1-1 Filed 07/21/21 Page 6 of 42 PageID #: 10    Filed: 7/1/2021 4:22 PM
Clerk
Delaware County, Indiana

Delaware Circuit Court 3

STATE OF INDIANA      )      DELAWARE COUNTY CIRCUIT COURT
                      )ss.
COUNTY OF DELAWARE      )      CAUSE NUMBER:


RUBY GOODMAN      )
                      )
                      )
         Plaintiff,      )
                      )
     v.      )
                      )
JACOB MASSOTH, in his individual      )
and official capacity as an Officer of      )
the Muncie Police Department,      )
the MUNCIE POLICE DEPARTMENT,      )
and the CITY OF MUNCIE      )
                      )
         Defendants.      )

## APPEARANCE
### (Initiating Party)

1.      Name of initiating party(ies): Ruby Goodman

2.      Attorney information (as applicable for service of process):

     M. Edward Krause, III
     COHEN GARELICK & GLAZIER
     8888 Keystone Crossing, Suite 800
     Indianapolis, Indiana 46240
     ekrause@cgglawfirm.com
     Tele. No.: (317) 573-8888
     Fax No.: (317) 574-3855

3.      Case type requested: CT

4.      Will accept FAX service?      Yes: X   No:
                                       Fax No.: (317) 574-3855
     Will accept email service:      Yes: X

5.      Additional information required by state or local rule:

6.      Additional information to supplement the appearance form
     submitted by the initiating party:

By:   <u>/s/ M. Edward Krause, III</u>
         M. Edward Krause, III, #24986-49
         *Attorneys for Plaintiff*

M. Edward Krause, III
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888 telephone
(317) 574-3855 facsimile
ekrause@cgglawfirm.com

Case 1:21-cv-02076-JPH-DLP  Document 1-1  Filed 07/21/21  Page 8 of 42 PageID #: 12

Filed: 7/1/2021 4:22 PM
Clerk
Delaware County, Indiana

18C03-2107-CT-000074

Delaware Circuit Court 3

STATE OF INDIANA )  DELAWARE COUNTY CIRCUIT COURT
                 )ss.
COUNTY OF DELAWARE )  CAUSE NUMBER:


RUBY GOODMAN )
             )
             )
        Plaintiff, )
             )
        v.   )
             )
JACOB MASSOTH, in his individual )
and official capacity as an Officer of )
the Muncie Police Department, )
the MUNCIE POLICE DEPARTMENT, )
and the CITY OF MUNCIE )
             )
        Defendants. )


TO DEFENDANT:  City of Muncie
               c/o Mayor Dan Ridenour
               Muncie City Hall
               300 N High Street
               Muncie, Indiana 47305

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____
Clerk, Delaware Circuit Court

(Seal)

(The following manner of service of summons is hereby designated.)
_____      Registered or certified mail.
_____      Service at place of employment, to-wit:

**XX**          **Service on individual --- (Personal) at above address by Sheriff**

_____          Service on agent.  (Specify)

_____          Other service.  (Specify)

 M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

SHERIFF'S RETURN ON SERVICE OF SUMMONS

        I hereby certify that I have served this summons on the _____ day of _____, 2020;

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,
_____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which
is the dwelling place or usual place of abode of _____ and by mailing a copy of
said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

                                        _____
                                        Deputy Sheriff

CLERK'S CERTIFICATE OF MAILING

        I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this
Summons and a copy of the complaint to the defendant, _____, by certified mail,
requesting a return receipt, at the address furnished by the plaintiff.

                                        _____
                                        Clerk, Delaware Circuit Court

RETURN OF SERVICE OF SUMMONS BY MAIL

        I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by the defendant on the _____ day of _____, 2021.
        I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint was returned not accepted on the _____ day of
_____, 2021.
        I hereby certify that the attached return receipt was received by me showing that the
Summons and a copy of the complaint mailed to defendant _____ was
accepted by _____ on behalf of said defendant on the _____ day of
_____, 2021.

_____
Clerk, Delaware Circuit Court

By:_____
   Deputy

STATE OF INDIANA      )     DELAWARE COUNTY CIRCUIT COURT
                       )ss.
COUNTY OF DELAWARE     )     CAUSE NUMBER:

RUBY GOODMAN                 )
                                )
                                )
          Plaintiff,            )
                                )
       v.                           )
                                )
JACOB MASSOTH, in his individual    )
and official capacity as an Officer of   )
the Muncie Police Department,      )
the MUNCIE POLICE DEPARTMENT,   )
and the CITY OF MUNCIE        )
                                )
         Defendants.        )

TO DEFENDANT:    Officer Jacob Massoth
                    Muncie Police Department
                    Muncie City Hall
                    300 N High Street
                    Muncie, Indiana 47305

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

                             _____ (Seal)
                             Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)
_____       Registered or certified mail.
_____       Service at place of employment, to-wit:

| | |
|---|---|
| __XX__ | **Service on individual --- (Personal) at above address by Sheriff** |
| _____ | Service on agent.  (Specify) |
| _____ | Other service.  (Specify) |

 M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

### SHERIFF'S RETURN ON SERVICE OF SUMMONS

       I hereby certify that I have served this summons on the _____ day of _____, 2020;

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

 

                                             _____
                                           Deputy Sheriff

### CLERK'S CERTIFICATE OF MAILING

       I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

 

                                            _____
                                     Clerk, Delaware Circuit Court

### RETURN OF SERVICE OF SUMMONS BY MAIL

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

_____
Clerk, Delaware Circuit Court

By:_____
    Deputy

Case 1:21-cv-02076-JPH-DLP   Document 1-107   CTI-0000741/21   Page 14 of 42 PageID #: 18   Filed: 7/8/2021 4:22 PM
Clerk
Delaware County, Indiana

Delaware Circuit Court 3

STATE OF INDIANA            )      DELAWARE COUNTY CIRCUIT COURT
                           )ss.
COUNTY OF DELAWARE         )      CAUSE NUMBER:


RUBY GOODMAN                          )
                                      )
                                      )
                Plaintiff,            )
                                      )
        v.                            )
                                      )
JACOB MASSOTH, in his individual      )
and official capacity as an Officer of )
the Muncie Police Department,         )
the MUNCIE POLICE DEPARTMENT,         )
and the CITY OF MUNCIE                )
                                      )
                Defendants.           )


TO DEFENDANT:   Muncie Police Department
                c/o Chief Nathan Sloan
                Muncie City Hall
                300 N High Street
                Muncie, Indiana 47305

        You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

        The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

        An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

        If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____          (Seal)
Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)
_____         Registered or certified mail.
_____         Service at place of employment, to-wit:

__XX__      **Service on individual --- (Personal) at above address by Sheriff**
_____     Service on agent.  (Specify)
_____     Other service.  (Specify)

M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ____ day of _____, 2020;

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

_____
Deputy Sheriff

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Delaware Circuit Court

RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

_____
Clerk, Delaware Circuit Court

By:_____
    Deputy

STATE OF INDIANA              )          DELAWARE COUNTY CIRCUIT COURT
                             ) SS:
COUNTY OF DELAWARE           )          CAUSE NO. 18C03-2107-CT-000074


RUBY GOODMAN                          )
            Plaintiff,                )
                                      )
                                      )
v.                                    )
                                      )
JACOB MASSOTH, in his individual and  )
official capacity as an Officer of the Muncie )
Police Department, the MUNCIE POLICE  )
DEPARTMENT, and the CITY OF MUNCIE,   )
            Defendants,                )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:

    Initiating _____        Responding __X__    Intervening _____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the

following parties:

Name of parties:

Jacob Massoth
Muncie Police Department
City of Muncie

2.  Attorney information for service as required by Trial Rule 5(B)(2)

             Name:       Tia J. Combs          Atty Number:  35003-22
             Address:    2525 Harrodsburg Road, Suite 500
                         Lexington, KY 40504
             Phone:      (859) 410-7854
             Fax:        (770) 937-9960
             Email:      tcombs@fmglaw.com

| Name: | Casey C. Stansbury | Atty Number:  33928-22 |
|-------|--------------------|------------------------|
| Address: | 2525 Harrodsburg Road, Suite 500 | |
| | Lexington, KY 40504 | |
| Phone: | (859) 410-7852 | |
| Fax: | (770) 937-9960 | |
| Email: | cstansbury@fmglaw.com | |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes _____ No _x___ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __x__ *(If Yes, the initiating party must provide an address for*

2

*the purpose of legal service but that address should not be one that exposes the whereabouts of a*

*petitioner.)*  The party shall use the following address for purposes of legal service:

        _____        Attorney's address

        _____        The Attorney General Confidentiality program address

(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

        _____        Another address (provide)

This case involves a petition for involuntary commitment.  Yes _____ No __x__

6.     If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment.  NA

7.     There are related cases: Yes _____ No _x___ *(If yes, list on continuation page.)*

8.     Additional information required by local rule: NA

9.     There are other party members: Yes _____ No_x___ *(If yes, list on continuation page.)*

10.    This form has been served on all other parties and Certificate of Service is attached:

     Yes_x__ No____

                            Freeman Mathis & Gary, LLP

                            *s/ Tia J. Combs*
                            Casey C. Stansbury 33928-22
                            Tia J. Combs 35003-22
                            2525 Harrodsburg Road, Suite 500
                            Lexington, KY 40504
                            (859) 410-7854
                            cstansbury@fmglaw.com
                            tcombs@fmglaw.com
                            *Counsel for Defendants,*
                            *Jacob Massoth, Muncie Police Department,*
                            *and the City of Muncie*

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that the foregoing has been served, via the Court's electronic filing system,

on this the 21st day of July, 2021, upon the following:

M. Edward Krause, III
Cohen Garelick & Glazier
8888 Keystone Crossing Blvd. Ste. 800
Indianapolis, IN 46240
ekrause@cgglawfirm.com
*Counsel for Plaintiff, Ruby Goodman*

 

*s/ Tia J. Combs*
_____
*Counsel for Defendants*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | DELAWARE COUNTY CIRCUIT |
| | ) | COURT |
| | ) | |
| | ) SS: | |
| | ) | |
| COUNTY OF DELAWARE | ) | CAUSE NO. 18C03-2107-CT-000074 |

| | |
|---|---|
| RUBY GOODMAN | ) |
| PLAINTIFF | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| JACOB MASSOTH, in his individual | ) |
| and official capacity as an Officer of the | ) |
| Muncie City Police Department;  the | ) |
| MUNCIE POLICE DEPARTMENT; and the | |
| CITY OF MUNCIE, INDIANA, | |
| DEFENDANTS | |

## **DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to the 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the Defendants, Jacob Massoth,

in his individual and official capacity as an officer of the Muncie Police Department; the Muncie

Police Department; and the City of Muncie, Indiana (collectively, "Defendants") hereby give

notice that they have filed the attached copy of a Notice of Removal of this action in the United

States District Court for the Southern District of Indiana, Indianapolis Division. This Notice of

Removal has been duly filed in the United States District Court.

Pursuant to 28 U.S.C. §§ 1331, 1367 1441, and 1446, the filing of this copy of the Notice

of Removal effects the removal of this action from the State Court to the United States District

Court, and the State Court shall proceed no further herein.

FREEMAN MATHIS & GARY, LLP

*s/ Tia J. Combs*
Casey C. Stansbury (#33928-22)
Tia J. Combs (#35003-22)
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
(859) 410-7854
CStansbury@fmglaw.com
TCombs@fmglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, the foregoing document was electronically filed with

the Clerk of this Court using the Indiana E-Filing system (IEFS). Additionally, a copy of the

foregoing was e-mailed and mailed via first class USPS to the following:

Edward Krause, III
Cohen Garelick & Glazier
8888 Keystone Crossing Blvd. Ste. 800
Indianapolis, IN 46240
ekrause@cgglawfirm.com
*Counsel for Plaintiff, Ruby Goodman*

*s/Tia J. Combs*
*Counsel for Defendants*

STATE OF INDIANA        )             DELAWARE COUNTY CIRCUIT COURT
                                    ) SS:
COUNTY OF DELAWARE     )              CAUSE NO. 18C03-2107-CT-000074

RUBY GOODMAN             )
           Plaintiff,      )
                             )
                             )
v.                            )
                             )
JACOB MASSOTH, in his individual and  )
official capacity as an Officer of the Muncie  )
Police Department, the MUNCIE POLICE  )
DEPARTMENT, and the CITY OF MUNCIE,  )
           Defendants,     )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

    1.  The party on whose behalf this form is being filed is:

        Initiating _____        Responding __X__   Intervening _____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the

following parties:

Name of parties:

Jacob Massoth
Muncie Police Department
City of Muncie

    2.  Attorney information for service as required by Trial Rule 5(B)(2)

        Name:        Tia J. Combs         Atty Number:  35003-22
        Address:    2525 Harrodsburg Road, Suite 500
                  Lexington, KY 40504
        Phone:      (859) 410-7854
        Fax:         (770) 937-9960
        Email:      tcombs@fmglaw.com

| Name: | Casey C. Stansbury | Atty Number: 33928-22 |
|---|---|---|

Address:   2525 Harrodsburg Road, Suite 500
           Lexington, KY 40504

Phone:     (859) 410-7852

Fax:       (770) 937-9960

Email:     cstansbury@fmglaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes _____ No _x___ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __x__ *(If Yes, the initiating party must provide an address for*

2

*the purpose of legal service but that address should not be one that exposes the whereabouts of a*

*petitioner.)*  The party shall use the following address for purposes of legal service:

       _____       Attorney's address

       _____       The Attorney General Confidentiality program address

(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

       _____       Another address (provide)

This case involves a petition for involuntary commitment.  Yes _____ No __x__

6.     If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment.  NA

7.     There are related cases: Yes _____ No _x___ *(If yes, list on continuation page.)*

8.     Additional information required by local rule: NA

9.     There are other party members: Yes _____ No_x___ *(If yes, list on continuation page.)*

10.    This form has been served on all other parties and Certificate of Service is attached:

     Yes_x__ No____

                       Freeman Mathis & Gary, LLP

                       *s/ Tia J. Combs*
                       Casey C. Stansbury 33928-22
                       Tia J. Combs 35003-22
                       2525 Harrodsburg Road, Suite 500
                       Lexington, KY 40504
                       (859) 410-7854
                       cstansbury@fmglaw.com
                       tcombs@fmglaw.com
                       *Counsel for Defendants,*
                       *Jacob Massoth, Muncie Police Department,*
                       *and the City of Muncie*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing has been served, via the Court's electronic filing system,

on this the 21st day of July, 2021, upon the following:

M. Edward Krause, III
Cohen Garelick & Glazier
8888 Keystone Crossing Blvd. Ste. 800
Indianapolis, IN 46240
ekrause@cgglawfirm.com
*Counsel for Plaintiff, Ruby Goodman*

*s/ Tia J. Combs*
_____
*Counsel for Defendants*

Delaware Circuit Court 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | DELAWARE COUNTY CIRCUIT COURT |
| | )ss. | |
| COUNTY OF DELAWARE | ) | CAUSE NUMBER: |

| | |
|---|---|
| RUBY GOODMAN | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JACOB MASSOTH, in his individual | ) |
| and official capacity as an Officer of | ) |
| the Muncie Police Department, | ) |
| the MUNCIE POLICE DEPARTMENT, | ) |
| and the CITY OF MUNCIE | ) |
| | ) |
| Defendants. | ) |

## <u>COMPLAINT FOR DAMAGES</u>
## <u>AND REQUEST FOR JURY TRIAL</u>

Plaintiff, Ruby Goodman, by her attorney and for her cause of action against Defendants,

Jacob Massoth, in his individual and official capacity as an Officer of the Muncie Police

Department, the Muncie Police Department, and the City of Muncie alleges and states as

follows:

### I.     PARTIES

1.     Plaintiff, Ruby Goodman is a United States Citizen and at all relevant times has

been a resident of Muncie, Delaware County.

2.     Defendant, Jacob Massoth, unless indicated otherwise, was at all times described

an employee of the Muncie Police Department, employed as a sworn officer acting in the course

and scope of his employment.  Defendant, Massoth, is sued both in his personal and official

capacities.

3.     Defendant, Muncie Police Department, is a department of the City of Muncie.

EXHIBIT
A

4.      Defendant, City of Muncie is a local governmental subdivision in Indiana created and existing by virtue of the laws of Indiana. The Muncie Police Department is a department of the City of Muncie.

## II.      FACTUAL ALLEGATIONS

5.      On or about July 1, 2019, Ruby Goodman was at her home located at 700 W. Memorial Drive in Muncie, Indiana.

6.      Ms. Goodman is a 67-year-old woman who is approximately five foot and three inches tall and weighs less than 150 lbs.

7.      The Muncie Police Department and Delaware County EMS were notified that Ms. Goodman's son, Louis Goodman Jr., was on the floor in the bathroom of the home and was unconscious.

8.      It was alleged that Louis Goodman Jr. had overdosed on heroin.

9.      Defendant, Massoth was the responding officer and administered CPR and Narcan to Louis Goodman Jr.

10.      Louis Goodman Jr. was transported to IU-Ball Memorial Hospital and Ms. Goodman followed the ambulance to the hospital.

11.      At the hospital Ms. Goodman was questioned and verbally harassed by Defendant, Massoth and he called Ms. Goodman many derogatory names.

12.      Defendant, Massoth informed Ms. Goodman that she under arrest for allowing her son to use drugs in her home and Ms. Goodman was handcuffed with her hands behind her back.

13.      At all times Ms. Goodman obeyed the commands of Defendant, Massoth.

14.     After placing her under arrest Defendant, Massoth then transported Ms. Goodman from the hospital to the Delaware County Jail.

15.     While escorting Ms. Goodman into the jail, and without provocation, Defendant, Massoth threw Ms. Goodman into the brick wall outside of the Delaware County Jail.

16.     Ms. Goodman had no way to catch herself and her face slammed into the brick wall of the Delaware County Jail.

17.     Ms. Goodman sustained multiple fractures of her face and required extensive surgery and hospitalization.

18.     The foregoing acts by Defendant, Massoth was an egregious use of excessive and deadly force.

19.     At no point in time on July 1, 2019 did Ms. Goodman pose a threat to Defendant, Massoth or other members of the public.

20.     In accordance with Indiana statute, Defendants were timely served with a Notice of Tort Claim as to all state law claims on December 23, 2019.

21.     Pursuant to Indiana statute, the Plaintiff's claims have been constructively denied as Defendants have had more than 90 days to investigate the claim, but have failed to respond.


### III.     CLAIMS FOR RELIEF

#### First Claim for Relief – Excessive Force Pursuant

22.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 19 as fully set forth here.

23.     The misconduct of Defendant, Massoth as alleged herein violated Ms. Goodman's right to be free from unreasonable and excessive use of force as guaranteed by the Indiana

Constitution and by the 4th Amendment, 8th Amendment and the 14th Amendment of the United States Constitution.

24.     The misconduct of Defendant, Massoth as alleged herein proximately caused Ms. Goodman to suffer injury including bodily injury, pain and suffering, shock, emotional distress, humiliation and permanent injury and lost wages.

**Second Claim for Relief – Negligent Hiring, Supervision
and Retention Against the City of Muncie**

25.     Plaintiff alleges and incorporates by reference Paragraph 1 through 22 as if fully set forth herein.

26.     Defendants, Muncie Police Department and City of Muncie negligently hired, supervised and/or retained Defendant, Massoth, when it knew or should have known that he had a propensity towards violence and towards overreaction in situations such as that presented to them on July 1, 2019, or was otherwise unfit for service as a police officer.

27.     The negligent hiring, supervision and retention by Defendants, Muncie Police Department and City of Muncie of Defendant, Massoth was the proximate cause of the use of excessive force against Ms. Goodman.

28.     As a direct and proximate result of Defendants, Muncie Police Department and City of Muncie's negligent hiring, supervision and retention of Defendant, Massoth, Ms. Goodman has suffered damages.

**IV.     REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests the following relief:

1.     Compensatory damages against each Defendant jointly and severally in an amount to be proven at trial;

2.      Punitive and exemplary damage against Defendant, Massoth, as allowed by law in

an amount appropriate to punish Defendant, Massoth and deter others from engaging in similar

conduct; costs of suit;

3.      Reasonable attorney's fees authorized by statute or law;

4.      Pre and post judgment interest as permitted by law; and

5.      Trial by jury.


Respectfully submitted,


By: /s/ M. Edward Krause, III
M. Edward Krause III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing Boulevard, Suite 800
Indianapolis, Indiana  46240
Telephone:      (317) 573-8888
Facsimile:      (317) 574-3855
ekrause@cgglawfirm.com
*Attorneys for Plaintiff*

STATE OF INDIANA      )      DELAWARE COUNTY CIRCUIT COURT
                       )ss.
COUNTY OF DELAWARE  )      CAUSE NUMBER:

|  |  |
|---|---|
| RUBY GOODMAN | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| JACOB MASSOTH, in his individual | ) |
| and official capacity as an Officer of | ) |
| the Muncie Police Department, | ) |
| the MUNCIE POLICE DEPARTMENT, | ) |
| and the CITY OF MUNCIE | ) |
|  | ) |
| Defendants. | ) |

## APPEARANCE
### (Initiating Party)

1.      Name of initiating party(ies):  Ruby Goodman

2.      Attorney information (as applicable for service of process):

      M. Edward Krause, III
      COHEN GARELICK & GLAZIER
      8888 Keystone Crossing, Suite 800
      Indianapolis, Indiana  46240
      ekrause@cgglawfirm.com
      Tele. No.: (317) 573-8888
      Fax No.: (317) 574-3855

3.      Case type requested:  CT

4.      Will accept FAX service?      Yes: X   No:
                             Fax No.: (317) 574-3855
      Will accept email service:      Yes: X

5.      Additional information required by state or local rule:

6.      Additional information to supplement the appearance form
      submitted by the initiating party:

By:   /s/ M. Edward Krause, III
      M. Edward Krause, III, #24986-49
      *Attorneys for Plaintiff*

M. Edward Krause, III
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
(317) 573-8888 telephone
(317) 574-3855 facsimile
ekrause@cgglawfirm.com

Delaware Circuit Court 3

STATE OF INDIANA                )        DELAWARE COUNTY CIRCUIT COURT
                                )ss.
COUNTY OF DELAWARE              )        CAUSE NUMBER:


RUBY GOODMAN                           )
                                       )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
JACOB MASSOTH, in his individual       )
and official capacity as an Officer of )
the Muncie Police Department,          )
the MUNCIE POLICE DEPARTMENT,          )
and the CITY OF MUNCIE                 )
                                       )
          Defendants.                  )


TO DEFENDANT:    City of Muncie
                 c/o Mayor Dan Ridenour
                 Muncie City Hall
                 300 N High Street
                 Muncie, Indiana 47305

        You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

        The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

        An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

        If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____        (Seal)
Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)
_____        Registered or certified mail.
_____        Service at place of employment, to-wit:

   <u>XX</u>      **Service on individual --- (Personal) at above address by Sheriff**
<u>      </u>      Service on agent.  (Specify)
<u>      </u>      Other service.  (Specify)

 M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

### SHERIFF'S RETURN ON SERVICE OF SUMMONS

       I hereby certify that I have served this summons on the _____ day of _____, 2020;

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

                                      _____

                                      Deputy Sheriff

### CLERK'S CERTIFICATE OF MAILING

       I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

                                      _____

                                    Clerk, Delaware Circuit Court

### RETURN OF SERVICE OF SUMMONS BY MAIL

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

_____

Clerk, Delaware Circuit Court

By:_____

    Deputy

STATE OF INDIANA )          DELAWARE COUNTY CIRCUIT COURT
)ss.
COUNTY OF DELAWARE )        CAUSE NUMBER:


RUBY GOODMAN )
)
)
Plaintiff, )
)
v. )
)
JACOB MASSOTH, in his individual )
and official capacity as an Officer of )
the Muncie Police Department, )
the MUNCIE POLICE DEPARTMENT, )
and the CITY OF MUNCIE )
)
Defendants. )


TO DEFENDANT:   Officer Jacob Massoth
                Muncie Police Department
                Muncie City Hall
                300 N High Street
                Muncie, Indiana 47305

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____ (Seal)
Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)
_____    Registered or certified mail.
_____    Service at place of employment, to-wit:

| | |
|---|---|
| __XX__ | **Service on individual --- (Personal) at above address by Sheriff** |
| _____ | Service on agent.  (Specify) |
| _____ | Other service.  (Specify) |

M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

### SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2020;

(1)   By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)   By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)   Other Service or Remarks: _____

_____
Deputy Sheriff

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Delaware Circuit Court

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

_____
Clerk, Delaware Circuit Court

By:_____
    Deputy

Delaware Circuit Court 3

STATE OF INDIANA         )      DELAWARE COUNTY CIRCUIT COURT
                    )ss.
COUNTY OF DELAWARE   )      CAUSE NUMBER:

RUBY GOODMAN            )
                    )
                    )
        Plaintiff,      )
                    )
   v.                 )
                    )
JACOB MASSOTH, in his individual  )
and official capacity as an Officer of  )
the Muncie Police Department,     )
the MUNCIE POLICE DEPARTMENT,  )
and the CITY OF MUNCIE      )
                    )
        Defendants.    )

TO DEFENDANT:   Muncie Police Department
                 c/o Chief Nathan Sloan
                 Muncie City Hall
                 300 N High Street
                 Muncie, Indiana 47305

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

_____   (Seal)
Clerk, Delaware Circuit Court

(The following manner of service of summons is hereby designated.)

_____      Registered or certified mail.

_____      Service at place of employment, to-wit:

   __XX__     **Service on individual --- (Personal) at above address by Sheriff**
   _____     Service on agent.  (Specify)
   _____     Other service.  (Specify)

M. Edward Krause, III, #24986-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, Indiana 46240
317-573-8888
Attorneys for Plaintiff

SHERIFF'S RETURN ON SERVICE OF SUMMONS

       I hereby certify that I have served this summons on the ____ day of _____, 2020;

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

                                            _____
                                          Deputy Sheriff

CLERK'S CERTIFICATE OF MAILING

       I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

                                         _____
                                     Clerk, Delaware Circuit Court

RETURN OF SERVICE OF SUMMONS BY MAIL

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

       I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

_____
Clerk, Delaware Circuit Court

By:_____
    Deputy