**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
**CASE NO.: 1:21-CV-02076-JPH-DLP**

*Electronically Filed*

RUBY GOODMAN

                      PLAINTIFF

v.

JACOB MASSOTH, in his individual
and official capacity as an Officer of
the Muncie Police Department; the           DEFENDANTS
MUNCIE POLICE DEPARTMENT;
and the CITY OF MUNCIE,
INDIANA

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Ruby Goodman, and the Defendants, Jacob Massoth, in his individual and official capacity as an Officer of the Muncie Police Department; the Muncie Police Department; and the City of Muncie, Indiana, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, the parties to bear his or its own costs, including attorneys' fees. This stipulation shall have no effect on any claims that the Defendants may have against the Plaintiff in the future.

HAVE SEEN & AGREED:

| COHEN GARELICK & GLAZIER | FREEMAN MATHIS & GARY, LLP |
|---|---|
| *s/ M. Edward Krause III* | *s/ Tia J. Combs* |
| by TJC with permission | Tia J. Combs, Esq. |
| M. Edward Krause III | 2525 Harrodsburg Road, Suite 500 |
| 8888 Keystone Crossing Blvd., Suite 800 | Lexington, KY 40504-3215 |
| Indianapolis, IN  46240 | tcombs@fmglaw.com |
| ekrause@cgglawfirm.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |